**96–1044.** State v. Neubauer. *Union County,* No. 14–96–4. On motion to consolidate with 95–1271, *State v. Miller,* Auglaize County, No. 2–94–32; 95–1303, *State v. Smith,* Auglaize County, No. 2–95–3; 95–1304, *State v. Brown,* Auglaize County, No. 2–95–6; 95–1305, *State v. Roth,* Auglaize County,

No. 2–95–4; and 95–1307, *State v. Bayman,* Auglaize County, No. 2–95–7.   Motion denied.

RESNICK, COOK and STRATTON, JJ., dissent.